# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Traci L Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Bayview Loan Servicing LLC, et al.,<br><br>    Defendants. | NO. CV-17-01077-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 8, 2018, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

March 8, 2018

                                            s/ Rebecca Kobza
                                  By  Deputy Clerk